**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **CHERYL KRUTSINGER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 05-CV-2019 |
| ) | |
| **JO ANNE B. BARNHART, Commissioner of** ) | |
| **Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#19) was filed by the Magistrate Judge in the above cause on February 27, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#19) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#10) is GRANTED.

(3) Defendant's Motion for an Order Which Affirms the Secretary's Decision (#14) is DENIED.

(4) This case is remanded to the Commissioner for further consideration pursuant to 42 U.S.C. § 405(g), sentence 4.

(5) This case is terminated.

ENTERED this 15th day of March, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE